**Fill in this information to identify the case:**

Debtor 1 _____Tod David Simpson_____

Debtor 2
(Spouse, if filing) _____Lois Marie Simpson_____

United States Bankruptcy Court for the: ____Western District of Tennessee_____

Case number ___19-26237_____

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges        12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Flagstar Bank, F.S.B. as servicer for Pingora Loan Servicing, LLC | **Court claim no.** (if known): | 18 |

**Last 4 digits** of any number you use to identify the debtor's account:     XXXXXX1103

**Does this notice supplement a prior notice of postpetition fees, expenses and charges?**
☒ No
☐ Yes. Date of the last notice: _____

## Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney fees | | (3) | |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | 10/07/2019 | (5) | $500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: | | (10) | |
| 11. Other. Specify: | | (11) | |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1

Debtor 1 ____Tod David Simpson_____   Case Number *(if known)* ___19-26237_____

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


*/s/ Brent Heilig*_____   Date ___10/11/2019_____
Signature

Print:   Joel W. Giddens, Alexandra Bradley, Kathryn Lachowsky-Khan, Michael Tackett, Luke H. Neder,   Title ___Attorneys___
         Heather Martin-Herron, & Brent Heilig

Company   Wilson & Associates, PLLC

Address   5050 Poplar, Suite 1015
          Memphis, TN 38157

Contact phone   (901) 578-9914      Email   jgiddens | abradley | klachowsky | mtackett | lneder | hmartin-herron |
                                             bheilig@thewilsonlawfirm.com

### CERTIFICATE OF SERVICE

On ___October 11, 2019_____, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the electronic case filing system (ECF) upon:

Darrell L. Castle                    George W. Stevenson
Attorney at Law                      Trustee
4515 Poplar Avenue #510              5350 Poplar Avenue, Suite 500
Memphis, TN 38117                    Memphis, TN 38119

and served via U.S. mail upon:


Tod David Simpson, and Lois Marie Simpson
Debtor(s)
776 Pearson Oaks Dr
Collierville, TN 38017

*/s/ Brent Heilig*_____

Joel W. Giddens (016700)
Heather Martin-Herron (032248)
Alexandra Bradley (034703)
Kathryn Lachowsky-Khan (037090)
Luke H. Neder (028444)
Michael Tackett (AR2018110)
W&A No. 341684                                Brent Heilig (023681)